Gretchen Staft
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gretchen_staft@fd.org

*Counsel for Defendant Joshua Laing*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSHUA LAING,<br><br>    Defendant. | Case No. 3:22-cr-00094-JMK-MMS<br><br>**UNOPPOSED MOTION FOR DEFENDANT'S REMOTE APPEARANCE AT ARRAIGNMENT** |

Defendant Joshua Laing, through counsel, Gretchen Staft, Assistant Federal Defender, moves this Court unopposed for permission for the defendant to appear remotely at arraignment. Arraignment is currently scheduled for January 4, 2023 at 10:00 a.m.; however, the defense has filed an Unopposed Motion to Continue Arraignment at Docket 4, which remains pending.

Mr. Laing resides in New York state, and his remote appearance is requested in order to avoid the expense and hardship that would be required for him to appear in person in Alaska for this hearing.

Assistant United States Attorney Adam Alexander is unopposed to this motion.

//

//

DATED at Anchorage, Alaska this 21st day of December, 2022.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Gretchen Staft*
Gretchen Staft
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on December 21, 2022. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gretchen Staft*