IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSHUA LAING,<br><br>　　　　　　　　Defendant. | Case No. 3:22-cr-00094-JMK-MMS<br><br>*Proposed* **ORDER RE UNOPPOSED MOTION FOR DEFENDANT'S REMOTE APPEARANCE AT ARRAIGNMENT** |

After due consideration of the defendant's Unopposed Motion for Remote Appearance, the motion is GRANTED. Accordingly, IT IS HEREBY ORDERED that the defendant may appear remotely at his arraignment hearing. Instructions for remote appearance will follow.

_____
Matthew M. Scoble, Magistrate Judge
UNITED STATES DISTRICT COURT